JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH UN,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of the Social<br>Security Administration,<br><br>  Defendant. | Case No. EDCV 06-0557-GAF (JCR)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: 5/14/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner Jo Anne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d).